UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN ANTHONY LORENZ,

        Plaintiff,

v.

UNKNOWN NEVINS, *et al.*,

        Defendants.

_____/

Case No. 1:24-cv-697

Hon. Ray Kent

## JUDGMENT

In accordance with the Opinion and Order entered this day, Judgment is entered in favor of defendants and against plaintiff Ryan Anthony Lorenz.

Dated: September 12, 2025

/s/ Ray Kent
RAY KENT
United States Magistrate Judge